# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2006

Clifford W. Taylor,
Chief Justice

129930

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ERIN LEECH,
          Plaintiff-Appellee,

v

SC: 129930
COA: 253827
Kent CC: 03-006701-NI

ANITA KRAMER,
          Defendant,

and

KENT COUNTY BOARD OF ROAD
COMMISSIONERS,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 11, 2005 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Rowland v Washtenaw County Road Commission* (Docket No. 130379) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2006

_____
Clerk

p0329